Michael Broderick, a Taxpayer of the City of New York, Appellant, v. John H. Delaney and Others, Constituting the Board of Transportation of the City of New York, and Others, Respondents.— Judgment and orders unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Callahan, JJ.

Sadie Feder, Respondent, v. Ruthwill Holding Corporation, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Callahan, JJ.

The People of the State of New York, on the Complaint of Michael Constabile, Respondent, v. Wilmer Cartus, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Callahan, JJ.

Necaro Co., Inc., Respondent, v. The Credit Association of the Building Trades of New York, Appellant. (Appeal No. 1.) Necaro Co., Inc., Respondent, v. The Credit Association of the Building Trades of New York, Appellant. (Appeal No. 2.) — Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Callahan, JJ.

Dora J. Farber, Respondent, v. Joseph J. Farber, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within ten days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley and Glennon, JJ.

Matthew B. Fischer, Respondent, v. New York Evening Journal, Inc., and Joseph Cowan, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Callahan, JJ.

Rose Moyel and Morris Moyel, Appellants, v. Fransrak Realty Corp., Respondent.— Judgment unanimously reversed and a new trial ordered, with costs to the appellants to abide the event, on the ground that the evidence presented a question of fact which should have been submitted to the jury. Present — Martin, P. J., O'Malley, Townley, Glennon and Callahan, JJ.

The People of the State of New York, Respondent, v. Coday Farms, Inc., Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Callahan, JJ.

Amelia DiTarsio, an Infant, by Frank DiTarsio, Her Guardian ad Litem, and Frank DiTarsio, v. John Fischer, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

A. Gordon Murray, Appellant, v. The Travelers Insurance Co., Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Judicial Settlement of the Final Account of Proceedings of the Guaranty Trust Company of New York, as Surviving Trustee under the Last Will and Testament of Josephine Stephani, Deceased, and for a Construction of the Will.— Decree, so far as appealed from, unanimously affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.